APR 26 2021 PM 1:47
FILED-USDC-CT-HARTFORD

Roselyn Nyarko
39 Buckland St #13223
Manchester, CT 06042
Phone: 718-450-5040
Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT HARTFORD DIVISION

| | |
|---|---|
| Roselyn Nyarko, <br> Plaintiff, <br><br> V. <br><br> BALANCED HEALTHCARE RECEIVABLES, <br> Defendants. | Case No: 3:21-cv-00574(SRU) <br><br> COMPLAINT FOR DAMAGES PURSUANT TO 15 U.S.C 1692 <br><br> JURY TRIAL DEMANDED |

**<u>Jurisdiction</u>**

1. This court has jurisdiction under 28 U.S.C 1331. Federal question arises pursuant to 15 U.S.C 1692

## Venue

2. Venue is proper pursuant to 15 U.S.C 1692k(d) because the Defendant is a debt collector, and the plaintiff lives in this district.

## Parties

3. Plaintiff Roselyn Nyarko is a natural person, resides at 39 Buckland St #13223, Manchester, CT 06042
4. Plaintiff is a "consumer" as defined in 15 U.S.C 1692a(3)
5. Defendant BALANCED HEALTHCARE RECEIVABLES, LLC is a collection agency located in 164 Burke St STE 201 Nashua, NH. They have been in business since 2007

## Statement of Facts

6. On February 19, 2021, a mail from Defendant was delivered in the mailbox at my abode.
7. Plaintiff has not provided her express consent to Defendant to contact her through any medium.
8. Plaintiff does not have a contract with Defendant.
9. Defendant stated that Plaintiff owes a debt. [See Exhibit A]
10. Defendant used obscene language in an attempt to collect such debt.
11. Defendant used a symbol in the content on his letter that indicated he is in the debt collection business.
12. On February 23, 2021, Plaintiff sent a letter to Defendant demanding validation of debt, cease and desist, affidavit of truth, exhibit and an invoice to pay for violations by USPS with return receipt. [See Exhibit B-1 through B-5]
13. On March 22, 2021, Plaintiff sent a notice of fault and opportunity to cure with attachment of previous letters and exhibits by USPS certified mail with return receipt. [See Exhibit C1 through C2]
14. Defendant received such notice on March 29, 2021 but failed to comply with the demand.
15. On April 08, 2021, Plaintiff sent a notice of consent judgement to Defendant for his non-response. [See Exhibit D-1 through D-3]

### Claim I
**Violation of Consumer Right by Fair Debt Collection Practices Act 15 U.S.C 1692**

16. Plaintiff realleges paragraph 1 through 15,
17. By doing the acts described above in paragraph 6, Defendant caused and/or permitted the violation of Plaintiff's consumer right to privacy by the Fair Debt Collection Practices Act thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1692lk

### Claim II

**Violation of Consumer Right by Fair Debt Collection Practices Act 15 U.S.C 1692**

18. Plaintiff realleges paragraph 1 through 15
19. By doing the acts described above in paragraph 9, Defendant caused and/or permitted the violation of plaintiff's right by the Fair Debt Collection Practices Act thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1692k.

### Claim III

20. Plaintiff realleges paragraph 1 through 15
21. By doing the acts described above in paragraph 10, Defendant caused and/or permitted the violation of plaintiff's right by the Fair Debt Collection Practices Act thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1692k.

### Claim IV

22. Plaintiff realleges paragraph 1 through 15
23. By doing the acts described above in paragraph 11, Defendant caused and/or permitted the violation of plaintiff's right by the Fair Debt Collection Practices Act thereby entitling Plaintiff to recover damages pursuant to 15 U.S.C 1692k.

### Request for Relief

WHEREFORE, the plaintiff requests:

24. Compensatory damages, including general and special damages, according to proof;
25. Any further relief which the court may deem appropriate.

Dated: April 21, 2021

_____

By: Roselyn Nyarko

Plaintiff in Pro Per